SAVIN v GHOLSON

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 22, 1935

Pogue, Hoffheimer & Pogue, Cincinnati, J. A. Culbertson, Cincinnati, and Charles P. Taft, 2nd, Cincinnati, for plaintiff in error.

Simeon M. Johnson, Cincinnati, and Frederick W. Johnson, Cincinnati, for defendant in error.

For full opinion see 5 OO 377; 51 Oh Ap 443.